THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* AUSTIN PERSONS, Respondent.

(Argued March 5, 1885 ; decided March 24, 1885.)

*O. C. Armstrong*, district attorney, for appellant.

*E. W. Gardner* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

------

PHILIP HAYES, Appellant, *v.* BERNARD REILLY, Sheriff, etc., Respondent.

(Argued March 5, 1885 ; decided March 24, 1885.)

*E. H. Benn* for appellant.

*Charles W. Gould* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.